IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KATRINA MORRIS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 17-0258-CG-B ) |
| RANDOLPH COUNTY BOARD OF EDUCATION, | ) ) ) |
| Defendant. | ) ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) dated June 19, 2017, is **ADOPTED** as the opinion of this Court. It is hereby **ORDERED** that this action, including the pending Motion for Leave to Proceed Without Prepayment of Fees, be transferred to the Middle District of Alabama, Eastern Division.

**DONE and ORDERED** this 18th day of August, 2017.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE